IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY MYERS, | CIVIL ACTION NO. |
| Plaintiff, | 10-824 (JED) |
| v. | |
| ANGELO CHRISTOPHER MOORE, a/k/a Dr. Madd Vibe, FISHBONE, SILVERBACK ARTIST MANAGEMENT, THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, d/b/a World Cafe and/or World Cafe Live! and d/b/a WXPN and/or XPN, and REAL ENTERTAINMENT-PHILADELPHIA, INC., d/b/a World Cafe and/or World Cafe Live!, | JURY TRIAL DEMANDED |
| Defendants, | |
| v. | |
| HAJOCA ASSOCIATES, L.P., | |
| Third-Party Defendant. | |

## STIPULATION AND ORDER

AND NOW this 23rd day of June, 2011, it is hereby AGREED and STIPULATED by and between the undersigned, that Plaintiff's claims/requests for punitive damages against Defendant Trustees of the University of Pennsylvania (identified in the caption as The Trustees of the University of Pennsylvania d/b/a World Cafe and/or World Cafe Live! and d/b/a WXPN and/or

XPN) are hereby DISMISSED WITH PREJUDICE. The foregoing is without prejudice to Plaintiff's claims/requests for punitive damages against other Defendants.

_____  
NEIL E. JOKELSON, ESQ.  
DEREK E. JOKELSON, ESQ.  
Counsel for Plaintiff

_____  
MICHAEL C. KSIAZEK, ESQ.  
Counsel for Defendant  
Trustees of the University  
of Pennsylvania

**APPROVED BY THE COURT:**

_____   _____  
DUBOIS, J.                                            DATE